# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 10, 2012

No. 11-10766
Summary Calendar

Lyle W. Cayce
Clerk

DELORIS PHILLIPS,

Plaintiff-Appellant

v.

UNITED PARCEL SERVICE,

Defendant-Appellee

Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
No. 3:10-CV-01197-G

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

We affirm for essentially the reasons stated by the district court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.